AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Caterpillar Financial Services Corporation

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-61

Hendrix Brothers Equipment, LLC, Brandon C. Hendrix and
Timothy K. Hendrix

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 6, 2014, judgment is entered in the amount of $79,760.86 against the defendants.

October 6, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03